THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Shannon D.
 McGee, Appellant.
 
 
 

Appeal From Georgetown County
 Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2009-UP-539
 Submitted November 2, 2009  Filed
November 19, 2009    

AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Senior
 Assistant Attorney General Norman Mark Rapoport, all of Columbia; Solicitor J.
 Gregory Hembree, of Conway, for Respondent.
 
 
 

PER CURIAM: 
 Shannon D. McGee appeals his convictions
 and sentences for second-degree criminal sexual conduct, second-degree assault
 with the intent to commit criminal sexual conduct with a minor, and lewd act
 upon a minor child.  On appeal, he argues the trial court erred in denying his
 motion for a new trial based on the State's Brady v. Maryland violation.  We affirm pursuant to Rule
 220(b), SCACR, and the following authorities:  State v. Johnson, 376 S.C. 8, 11, 654 S.E.2d 835, 836 (2007) ("A trial judge has
 the discretion to grant or deny a motion for a new trial, and his decision will
 not be reversed absent a clear abuse of discretion.");  Riddle v.
 Ozmint, 369 S.C. 39, 44, 631 S.E.2d 70, 73 (2006) ("An individual
 asserting a Brady violation must demonstrate that evidence [is]: (1)
 favorable to the accused; (2) in the possession of or known by the prosecution;
 (3) was suppressed by the State; and (4) was material to the accused's guilt or
 innocence or was impeaching.").

AFFIRMED.[1]
WILLIAMS,
 PIEPER, and LOCKEMY, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.